UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ALBERTO HERNANDEZ-OREGEL,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | Case No.:08-CR-00166-LHK-1<br>11-CV-5753-LHK<br><br>**ORDER RE SEALED ANSWER TO § 2255 PETITION**<br><br>Re: Dkt. No. 70 |

On April 23, 2012, the Court ordered Mr. Thompson, Petitioner's former counsel, to respond to the government's discovery requests to the extent the requests pertained to the claims raised in Petitioner's § 2255 petition. ECF No. 70. The Court also entered a protective order as to Mr. Thompson's responses, to ensure that the scope of Petitioner's waiver of the attorney-client privilege was properly circumscribed to the adjudication of his habeas petition. *See id.*

The government has not properly filed its answer to Petitioner's habeas petition. To the extent the government has failed to file its answer electronically because it believes the answer should be sealed based on references to Mr. Thompson's responses, the Court orders the government to comply with Civil Local Rule 79-5. The government shall electronically file its

1

Case No.: 08-cr-00166-LHK-1; 11-CV-5753-LHK
ORDER RE SEALED ANSWER TO § 2255 PETITION

1  answer, without making any changes, with an appropriate sealing motion, including any proposed

2  redactions to its answer, by February 27, 2014.

3  **IT IS SO ORDERED.**

4  Dated: February 23, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 08-cr-00166-LHK-1; 11-CV-5753-LHK
ORDER RE SEALED ANSWER TO § 2255 PETITION